COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER**

Case number:    01-12-01094-CV

Style:      In re Zurich American Insurance Company, Relator

        Original Proceeding on Petition for Writ of Mandamus from *Linda M. Green v. Zurich American Insurance Co. v. Texas Department of Insurance-Division of Workers' Compensation*, No. 2010-25688 in the 133rd District Court of Harris County, Texas.

   On December 3, 2012, relator, Zurich American Insurance Company, filed a petition for writ of mandamus. The Court requests that real party in interest, Linda M. Green, respond to the petition for writ of mandamus. The response, if any, is due **Wednesday, January 2, 2013.**

   It is so ORDERED.

Judge's signature: /s/ Justice Huddle
         Acting individually

Date:  December 3, 2012